IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY OLMSTED,

                                                            ORDER

                    Plaintiff,

                                                             08-cv-309-bbc

     v.

MATTHEW FRANK, RICHARD VICTOR,
WILLIAM POLLARD, PETE ERICKSEN,
MARK KILUELKE, LT. SWIEKATOWSKI,
and ELLEN RAY;
all in their official and personal capacities

                  Defendants.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY OLMSTED,

                                                           ORDER

                    Plaintiff,

                                                             08-cv-438-bbc

     v.

MONICA HORNER, SARA MASON,
ROBERT HABLE;
all in their official and personal capacities

---

[1] In an order dated July 30, 2008, I severed the original action into three separate cases and remanded former plaintiff Jerome Metcalfe's claims to state court. I have amended the caption to reflect the parties remaining in this case.

1

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff has advised the court that he did not intend to raise federal claims in the complaint in these cases. Therefore, I will allow plaintiff an opportunity to tell the court whether he wishes to dismiss his federal claims in these cases. Plaintiff will have until August 15, 2008 in which to respond to this order. If he advises the court that he wishes to dismiss his federal law claims voluntarily, the claims will be dismissed and any remaining state law claims will be remanded to state court. If he advises the court that he intends to raise the federal claims appearing in his complaint, his claims will screened pursuant to 28 U.S.C. § 1915A. If plaintiff does not respond to this order, his state and federal claims will be dismissed for failure to prosecute these cases.

ORDER

IT IS ORDERED that plaintiff may have until August 15, 2008 in which to advise the court whether he wishes to dismiss voluntarily the federal claims raised in these two cases. If, by August 15, 2008, plaintiff does not respond to this order, I will dismiss the state

2

and federal claims in each of these cases for failure to prosecute.

Entered this 12th day of August, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge

3