# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TROY OLMSTED,

        Plaintiff,

    v.

MATTHEW FRANK, RICHARD VICTOR, SGT. STELLINGS, WILLIAM POLLARD, PETE ERICKSEN, MARK KILUELKE, LT. SWIEKATOWSKI and ELLEN RAY; all in their official and personal capacities,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-309-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____9/3/08_____
Date