IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY OLMSTED,

                             ORDER

                 Plaintiff,

                             08-cv-309-bbc

      v.

MATTHEW FRANK, RICHARD VICTOR,
SGT. STELLINGS, WILLIAM POLLARD,
PETE ERICKSEN, MARK KILUELKE,
LT. SWIEKATOWSKI, and ELLEN RAY;
all in their official and personal capacities

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TROY OLMSTED,

                             ORDER

                 Plaintiff,

                             08-cv-438-bbc

      v.

MONICA HORNER,
SARA MASON, and ROBERT HABLE;
all in their official and personal capacities

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Troy Olmsted's second motion to reconsider dismissal of his cases, Olmsted

1

v. Frank,  08-cv-309-bbc, dkt. #19, and Olmsted v. Horner,  08-cv-438-bbc, dkt. #11, is

DENIED.

      Entered this 4th day of November, 2008.

                        BY THE COURT:

                        /s/

                        _____
                        BARBARA B. CRABB
                        District Judge